UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANGELINA ACEVEDO,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | No.  CV-11-3004-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(ECF No. 14) |

   BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**ECF No. 14**) pursuant to sentence four. Jeremy D. Wallace represents plaintiff. Special Assistant United States Attorney Richard A. Morris represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 3).

   After considering the stipulated motion (ECF No. 14), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

   1. The ALJ will hold a new hearing;

   2. Further develop the record by updating the medical evidence, ordering a consultative examination and/or calling on a medical expert for his or her opinion, as needed;

   3. Evaluate plaintiff's depression and anxiety to determine

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

whether they are medically determinable impairments, whether they are severe, and what limitations they may cause;

    4. Evaluate the opinions of medical expert James Haynes, M.D., and of state agency reviewing doctor Norman STaley, M.D., in accordance with 20 C.F.R. § 404.1527, the SSR's, and Ninth Circuit case law;

    5. Reevaluate plaintiff's credibility and the lay evidence, giving clear and convincing reasons for the credibility determination; and

    6. Reevaluate plaintiff's residual functional capacity and ability to perform her past relevant work, or to do other work, at step five of the sequential process, obtaining additional vocational expert testimony if necessary.

The ALJ will take any other actions necessary to develop the record. Plaintiff may submit additional evidence and arguments to the ALJ on remand.

    Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS FURTHER ORDERED:

    1. The parties' stipulated motion for an order of remand pursuant to sentence four (ECF No. 14) is **GRANTED**.

    2. Judgment shall be entered for **PLAINTIFF**.

    3. An application for attorney fees and costs may be filed by separate motion.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2

4. The District Court Executive is directed to enter this Order, enter judgment for plaintiff, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED.**

**DATED** this 29th day of September, 2011.

                                                    *s/James P. Hutton*
                                                  JAMES P. HUTTON
                                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 3