1

2 **UNITED STATES DISTRICT COURT**

3 **EASTERN DISTRICT OF WASHINGTON**

4

5 EVANGELINA ACEVEDO,  )
  )
6       Plaintiff,  )
  )       NO.  CV-11-3004-JPH
7   vs.  )
  )    **JUDGMENT IN A**
8 MICHAEL J. ASTRUE,  )    **CIVIL CASE**
 Commissioner of Social Security,  )
9  )
      Defendant.  )
10  )
11 _____)

12   **STIPULATION BY THE PARTIES:**

13       The parties have stipulated to the remand of the captioned matter pursuant to

14 sentence four of 42 U.S.C. § 405(g).

15   **IT IS ORDERED AND ADJUDGED** that:

16       The matter is **REMANDED** for additional proceedings pursuant to sentence

17 four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18 **CLOSED.**

19       DATED this 29 day of September, 2011.

20         JAMES R. LARSEN
         District Court Executive/Clerk
21

22

23       by:   s/Pamela A. Howard
            Deputy Clerk
24

25

26 cc: all counsel